UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Cleveland Alan Boykin,<br><br>        Plaintiff,<br><br>v.<br><br>Jessie Pugh,<br><br>        Defendant. | Case No. 23-CV-153 (KMM/ECW)<br><br><br>ORDER |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright, dated August 23, 2022. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

**IT IS HEREBY ORDERED** that:

1. The Petition for a Writ of Habeas Corpus of Petitioner William Cleveland Alan Boykin (ECF 1) is **DENIED**.

2. No Certificate of Appealability is issued.

**Let Judgment Be Entered Accordingly.**

Date: **November 8, 2023**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge